IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>LIDIA LIDETH ORTIZ,<br><br>      Defendant. | Case No. 3:03-cr-0109-RRB<br><br>**ORDER DENYING MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE** |

Before the Court at Docket 214 is Defendant's Motion to Vacate, Set Aside, or Correct Sentence.

The Court has reviewed the Magistrate Judge's Recommendation at 254, which was not objected to, and has studied the pleadings in this matter. Based thereon, the Court hereby **ADOPTS** the Recommendation at Docket 254. Defendant's Motion to Vacate, Set Aside, or Correct Sentence is hereby **DENIED**.

ENTERED this 26th day of January, 2006.

/s/ RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE